UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ZORRI N. RUSH     PLAINTIFF

v.     Civil No. 1:18-cv-00208-GHD-RP

CENTERS FOR MEDICARE AND MEDICAID     DEFENDANT

ORDER REFERRING MATTER TO MAGISTRATE JUDGE FOR REPORT
AND RECOMMENDATION

This matter is referred to United States Magistrate Judge Roy Percy to prepare a report and recommendation relative to the Order to Show Cause, entered on January 15, 2019, and plaintiff's response to said order.

SO ORDERED, this the 28th day of January, 2019.

_____
SENIOR U.S. DISTRICT JUDGE