UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ZORRI N. RUSH                                                               PLAINTIFF

v.                                                 Civil No. 1:18-cv-00208-GHD-RP

CENTERS FOR MEDICARE AND MEDICAID            DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Roy Percy, Doc. 11. The Court has considered the file and records in this case, including the Report and Recommendations of United States Magistrate Judge Roy Percy and the response filed by Plaintiff Zorri Rush, Doc. 12. The Court finds that the Magistrate Judge's Report and Recommendations should be approved and adopted as the opinion of this court. It is therefore ORDERED that:

1. The Plaintiff's Objections, Doc. 12, to the Magistrate Judge's Report and Recommendations are OVERRULED;

2. The Report and Recommendations, Doc. 11, of United States Magistrate Judge are APPROVED AND ADOPTED as the opinion of this Court;

3. This case is DISMISSED for failure to state a claim for relief.

4. All other pending motions are DENIED AS MOOT; and

5. This case is CLOSED.

SO ORDERED, this the 26 day of February, 2019.

                                                                        SENIOR U.S. DISTRICT JUDGE