IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ZORRI N. RUSH                                                                                         PLAINTIFF

V.                                                      CIVIL ACTION NO: 1:18-CV-208-SA-RP

CENTERS FOR MEDICARE
AND MEDICAID                                                                                       DEFENDANT

ORDER

The Court dismissed this case on February 26, 2019 for failure to state a claim for relief. *See* Order [15]. On March 1, 2019, the Plaintiff filed a Motion [16] to transfer this case to the Southern District of Mississippi. This case is closed and the Plaintiff's Motion [16] is DENIED as moot.

SO ORDERED, this, the 6th day of May, 2019.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE